UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| JUAN M. RIVERA | * | | CIVIL ACTION |
| VERSUS | * | | NO. 21-2159 |
| DONALD J. TRUMP, ET AL. | * | | SECTION "S" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff Juan M. Rivera a/k/a Angelo Rosorio's complaint is **DISMISSED WITH PREJUDICE** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2).

New Orleans, Louisiana, this ___1st___ day of _____April_____, 2022.


                                      MARY ANN VIAL LEMMON
                                      UNITED STATES DISTRICT JUDGE